IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:16-CR-69-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY NUMBER 52] |
| ALFRED LEE HANZY, JR. | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 52 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, __14__ day of __November__ 2017.

_Terrence Boyle_
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE