IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-00069-BO-1

UNITED STATES OF AMERICA    :
                            :
v.                          :
                            :
ALFRED LEE HANZY, JR.       :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Alfred Lee Hanzy, Jr., on July 2, 2018, to offenses in violation of 18 U.S.C. § 841(a)(1), and having considered the record as a whole and the applicable law, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit: $2,082.00 in United States currency;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the plea of guilty by the defendant, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a

1

reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioners right, title, or interest in the subject property, and must include any additional facts supporting the petitioner=s claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED, this __1__ day of November, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
Chief United States District Judge